## NEW YORK COMMON PLEAS.

EDWIN KNOWLES and another agt. MARIUS DE LAZARE and another.

*Supplementary Proceedings — Referee — Who should sign subpœna — Code of Civil Procedure, section 854.*

In proceedings before a referee supplementary to execution, a subpœna should be issued by and under the hand of the referee, pursuant to section 854 of the Code of Civil Procedure.

*Special Term, December,* 1885.

MOTION to punish witness for contempt.

*Hugo Hirsh,* for the motion.

*S. C. Baldwin,* opposed.

*Before* VAN HOESEN, *J.*

IN proceedings before a referee supplementary to execution, a witness was served with subpœna under signature of the clerk and seal of the court.

*Held,* on motion to punish the witness for contempt for failing to attend pursuant to the subpœna, that the subpœna should have been issued by and under the hand of the referee, pursuant to section 854 of the Code of Civil Procedure, and motion denied.